ACCEPTED
06-15-00060-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/2/2015 4:23:47 PM
DEBBIE AUTREY
CLERK

## No. 06-15-00060-CV

## THE STATE OF TEXAS

## COURT OF APPEALS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/2/2015 4:23:47 PM
DEBBIE AUTREY
Clerk

## SIXTH DISTRICT OF TEXAS AT TEXARKANA

**SHARLEEN WILSON ALLEN,** *Appellant,*

**vs.**

**BYRON WILSON,** *Appellee.*

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Charles S. Cotropia and enters his appearance as attorney of record for Sharleen Wilson Allen, Appellant.

Respectfully submitted,


By: /s/ Charles S. Cotropia
Charles S. Cotropia
State Bar No. 4858600
ccotropia@sidley.com
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

ATTORNEY FOR SHARLEEN WILSON
ALLEN

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was served upon all parties or their counsel of record in accordance with the Texas Rules of Civil Procedure on the 2nd day of December, 2015.

/s/ Charles S. Cotropia
Charles S. Cotropia